IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ABBY M. SMITH | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD-98-2817 |
| NEP Mobile Production Services, Inc. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION of the joint request of the Plaintiff, Abby M. Smith, and the Defendant, NEP Mobile Production Services, Inc., that Margaret Hanagan, R.N. be compelled to produce all notes and other records pertaining to the Plaintiff, Abby M. Smith

IT IS this 28th day of October, 1999,

ORDERED, that Maragaret Hanagan, R.N. produce all such records, created in accordance with her therapy and treatment of Abby M. Smith, within one week from the date of this Order.

_____
The Honorable Andre M. Davis
United States District Judge